UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS JEAN CHILDRESS, | Case No. 1:19-cv-00088-LJO-BAM |
| Plaintiff, | **ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |
| v. | |
| CASSANDRA TAYLOR, et al., | |
| Defendants. | |

On May 29, 2019, the Court convened the Initial Scheduling Conference in this action on the record. Plaintiff Doris Jean Childress, proceeding pro se, appeared in person. Counsel Alexei Offill-Klein appeared by telephone on behalf of Defendants Cassandra Taylor and National Railroad Passenger Corporation aka AMTRAK (erroneously sued as AMTRAK CORP.). Defendant Tina Akin dba Takin Towing, proceeding pro se, did not appear.

At the conference, the parties affirmed their intention to continue informal discussions regarding resolution of this action and expressed their interest in participating in the Court's Voluntary Dispute Resolution Program ("VDRP").[1] Accordingly, the Scheduling Conference in this action is HEREBY CONTINUED to **July 29, 2019, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties may appear at the conference by

---

[1] Plaintiff filed consent to VDRP on April 29, 2019.

1

telephone with each party using the following dial-in number and access code: ***dial-in number 1-877-411-9748; access code 3190866***.  The Court will notify the parties by written order if this action will be referred to VDRP.

IT IS SO ORDERED.

Dated: **May 29, 2019**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE