1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DORIS JEAN CHILDRESS,

        Plaintiff,

    v.

CASSANDRA TAYLOR, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:19-cv-00088-NONE-BAM

ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING VDRP REFERRAL

On May 30, 2019, pursuant to the agreement of Plaintiff Doris Jean Childress and Defendants Cassandra Taylor and National Railroad Passenger Corporation aka AMTRAK (erroneously sued as "AMTRAK CORP."), this matter was referred to the Court's Voluntary Dispute Resolution Program. (Doc. No. 17.)  On June 14, 2019, Andrew Wanger was appointed as the VDRP neutral.  (Doc. No. 18.)

It is the Court's responsibility to assure that the time allotted for completing the VDRP process is no more than appropriate and the referral does not cause unreasonable delay.  Local Rule 271(i)(3). Although completion of VDRP presumptively was delayed in July 29, 2019, due to Plaintiff's health (*See* Doc. No 20), the matter remains unresolved and inactive on the Court's docket well over a year after referral.  Accordingly, within **twenty-one (21) days**, the parties shall file a joint status report detailing the current status of this action, including the whether this matter should proceed promptly to a VDRP session or be scheduled for a status conference for the purpose of entering a pretrial

1   scheduling order.  The parties are advised that the failure to comply with this order may result in the

2   imposition of sanctions.

3   IT IS SO ORDERED.

4       Dated:   **August 18, 2020**                    /s/ *Barbara A. McAuliffe*

5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28