**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORIS JEAN CHILDRESS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASSANDRA TAYLOR, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00088-NONE-BAM<br><br>ORDER WITHDRAWING VDRP REFERRAL<br><br>ORDER FOR PLAINTIFF DORIS JEAN CHILDRESS TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>**FOURTEEN-DAY DEADLINE** |

On May 30, 2019, this matter was referred to the Court's Voluntary Dispute Resolution Program. (Doc. No. 17.) On June 14, 2019, Andrew Wanger was appointed as the VDRP neutral. (Doc. No. 18.) Although completion of VDRP presumptively was delayed in July 29, 2019, due to Plaintiff's health (*See* Doc. No 20), the matter remains unresolved and inactive on the Court's docket.

On August 19, 2020, the Court directed the parties to file a joint status report detailing the current status of this action, including the whether this matter should proceed promptly to a VDRP session or be scheduled for a status conference for the purpose of entering a pretrial scheduling order. (Doc. No. 22.) The parties were informed that the failure to comply with the Court's order could result in the imposition of sanctions. (*Id.*)

On September 9, 2020, Defendants Cassandra Taylor, National Railroad Passenger Corporation aka Amtrak and Tina Akin dba Takin Towing filed a joint status report.  (Doc. No. 23.)  According to the report, Amtrak's counsel last heard from Plaintiff Doris Jean Childress in November 2019 and there has been no contact with her for nearly one year.  Plaintiff Doris Jean Childress also did not respond to the VDRP's request for status on the completion of the VDRP.  Defendants therefore request that the Court issue an order to show cause as to why the case should not be dismissed for failure to prosecute.  (Doc. No. 23.)

Plaintiff Doris Jean Childress did not respond to the Court's order for a joint status report, and the time to do so has passed.  She has not otherwise communicated with the Court.

Having considered the joint status report submitted by defendants, and in light of the Court's case management responsibilities, the referral to VDRP is HEREBY WITHDRAWN.  Further, Plaintiff Doris Jean Childress is HEREBY ORDERED to show cause in writing, **within fourteen (14) days of service of this order**, why this action should not be dismissed for Plaintiff's failure to prosecute this action or comply with the Court's order.  The failure to respond to this order will result in a recommendation for dismissal of this action for failure to prosecute and failure to obey the Court's order.

IT IS SO ORDERED.

Dated:   **September 21, 2020**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE