UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS JEAN CHILDRESS,<br><br>            Plaintiff,<br><br>     v.<br><br>CASSANDRA TAYLOR, et al.,<br><br>            Defendants. | No.  1:19-cv-00088-NONE-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO PROSECUTE AND FOR FAILURE TO OBEY THE COURT'S ORDERS<br><br>(Doc. Nos. 22, 24, 26) |

     Plaintiff Doris Jean Childress ("plaintiff"), proceeding pro se, initiated this action in the Merced County Superior Court on December 12, 2018.  (Doc. No. 1.)  On January 18, 2019, the matter was removed to this federal court by defendants National Railroad Passenger Corporation aka Amtrak erroneously sued as Amtrak Corp. ("Amtrak") and Cassandra Taylor.  (*Id.*)

     On October 19, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed with prejudice due to plaintiff's failure to prosecute this action and failure to obey this Court's orders.  (Doc. No. 26.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  The time to file objections has passed, and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 19, 2020 findings and recommendations (Doc. No. 26) are adopted in full;
2. This action is dismissed, with prejudice, based on plaintiff's failure to prosecute this action and failure to obey this Court's orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 15, 2020**

UNITED STATES DISTRICT JUDGE